

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ROBERT JASON COLE**                                                                 **PLAINTIFF**

V.                                                                                  NO. 3:05CV518WHB-AGN

**LINCOLN COUNTY, MISSISSIPPI; LINCOLN
COUNTY SHERIFF'S DEPARTMENT; AND
JAMES W. CALCOTE, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITIES**                                                  **DEFENDANTS**

### FINAL ORDER OF DISMISSAL

This day this cause came on to be heard on motion *ore tenus* of the parties for a dismissal of this action, and it being made known to the Court that the parties have fully and finally compromised and settled this matter, and the Court having considered said motion and being fully advised in the premises, is of the opinion and finds that said Motion should be granted.

IT IS, THEREFORE, ORDERED that this cause be and the same is hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED this the 16th day of December, 2005.

_____
US DISTRICT COURT JUDGE

AGREED AND APPROVED:

_____
Robert O. Allen, (MSB No. 1525)
Jason Ehrlinspiel (MSB No. 10038)
P. O. Box 751
Brookhaven, MS 39602-0751

_____
Eduardo A. Flechas, Esq.
318 South State Street
Jackson, MS 39201